UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DARREN MORGAN, JR.** | : | **DOCKET NO. 2:20-cv-01623** |
| **D.O.C.. # 484269** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **MEDICAL STAFF MEMBER CALCASIEU PARISH CORRECTIONAL CENTER, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

**THUS DONE AND SIGNED** in Chambers this 17th day of August, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**